# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **KENNY RENOVAT KENESE**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14 C 9122 |
| | ) |
| **FOUR SEASONS HOTEL**, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Within a day or two after this Court received the Judge's Copies of the Complaint of Employment Discrimination and related documents that had been submitted on November 13 by pro se plaintiff Kenny Kenese ("Kenese"), it issued a sua sponte November 18 memorandum order ("Order") that identified a number of questions and problems posed by Kenese's filings and concluded in this fashion:

> Kenese should not misunderstand this memorandum order. This Court has every intention of permitting his action to go forward if he fills in the several gaps that have been referred to here. As soon as that takes place, this Court would hope to go forward with Kenese's claims.

Unfortunately Kenese has not been as prompt in attending to his own case as this Court was in putting out the Order. Today's review of the case docket, just over two weeks after issuance of the Order,[1] revealed no filings by Kenese on any of the subjects that this Court had called to his attention. That might perhaps be more understandable if it had been encountered in one of the largest volume of pro se actions in this District Court -- cases brought by prisoners

---

[1] It must be recognized, of course, that the Thanksgiving holiday fell in the middle of that period.

who have very little access to the procedures and documents needed to fill in gaps in their own submissions.

In retrospect it may have been a mistake not to have set some sort of deadline for Kenese's curing of the flaws identified in the Order. Accordingly December 22, 2014 is now set as the due date for Kenese's responsive input, failing which this Court may be constrained to dismiss his Complaint (an action that might make any attempted new filing untimely).

_____
Milton I. Shadur
Senior United States District Judge

Date: December 3, 2014