# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **KENNY RENOVAT KENESE**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14 C 9122 |
| ) | |
| **FOUR SEASONS HOTEL**, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Pro se plaintiff Kenny Kenese ("Kenese") has really been irresponsible in the pursuit (or nonpursuit) of his claimed employment discrimination lawsuit against Four Seasons Hotel. When he failed to appear at the earlier-ordered status hearing at its designated time of 9 a.m. March 9, 2015, this Court -- not because it wished to dispose of his lawsuit but rather to bring him into court to discuss the procedures he should follow -- entered an order that he must appear at a next status hearing newly scheduled for 9 a.m. March 20, failing which his action would face dismissal for want of prosecution. But after that order had been entered Kenese showed up in this Court's courtroom at 2:30 p.m. on the March 9 date (although no explanation is given as to why he thought that time was appropriate in the face of the order's plain language specifying 9 a.m. that day).

To compound the confusion, this Court has just received a self-prepared notice of motion ("Notice") from Kenese filed on the same March 9 date, in which he states:

> I would like to request the extention [sic] of my court appearing dates on May 8, 2015.

Moreover, Kenese's Notice specifies that he plans to present it on the same May 8 date.

Kenese simply cannot make (or break) the applicable court rules in that way. It is not his province to move the date for any consideration of his lawsuit forward for a full two months. Accordingly this memorandum order confirms the earlier order specifying that he <u>must</u> appear on the March 20 date previously set by this Court and that he must do so at 9 a.m. that day -- and once again, Kenese's failure to comply would cause his action to face dismissal for want of prosecution.

_____
Milton I. Shadur
Senior United States District Judge

Date: March 12, 2015