IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **KENNY RENOVAT KENESE**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14 C 9122 |
| **FOUR SEASONS HOTEL**, | ) ) ) |
| Defendant. | ) |

## MEMORANDUM ORDER

This action, in which plaintiff Kenny Kenese ("Kenese") has filed suit pro se and has been acting without counsel throughout its pendency, has been awaiting an arbitration proceeding for an extended period of time without this Court having been kept informed as to the scheduling of that hearing -- an essential item of information to enable this Court to set an appropriate next status date.[1] Earlier this week Kenese appeared in court even though no status hearing had been set, and when this Court's courtroom deputy was unable to reach counsel for defendant Four Seasons Hotel ("Four Seasons") by telephone, this Court issued an order requiring Four Seasons' counsel to file a status report promptly.

That helpful report has just been received in this Court's chambers. It reflects (1) that Kenese is represented by counsel in the contemplated arbitration hearing and (2) that a tentative arbitration hearing schedule has been agreed upon by counsel, to begin September 21, 2016 if that date is approved by the arbitrator.

---

[1] Needless to say, such a setting is vital in every case assigned to this Court's calendar, to avoid the possibility that any case might fall through the figurative cracks.

Accordingly this action is set for a status hearing before this Court at 9 a.m. September 29, 2016. If before that date there has been a change in the presently anticipated arbitration hearing schedule, or if the arbitration has been held but has not yet reached decision, that information should be communicated to this Court's courtroom deputy by telephone (312-435-5767), and the September 29 status hearing date will be reset appropriately.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 15, 2016